IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evens Thermitus,<br><br>    Petitioner,<br><br>vs.<br><br>Philip Crawford, ICE Field Office Director,<br><br>    Respondent. | No. CIV 06-0265-PHX-SMM (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE STEPHEN M. MCNAMEE, U.S. DISTRICT JUDGE:

Evens Thermitus filed a petition for writ of habeas corpus on January 23, 2006, contending that immigration officials are holding him in detention pending his removal to Haiti, but that his removal cannot be effected. *See* Doc. #1. He argues that he is entitled to immediate release from custody because his indefinite detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On May 5, 2006, the Government filed a Suggestion of Mootness, attaching a Release Notification, which indicates that Thermitus has been approved for release under an Order of Supervision. *See* Doc. #12. On May 8, 2006, the Court ordered Thermitus to show cause within 20 days why his petition for writ of habeas corpus should not be dismissed as moot. *See* Doc. #13. On May 15, 2006, a copy of the Court's May 8 Order was returned as undeliverable, and remailed to the new address as shown on the docket. *See* Doc. #14. On May 22, it was again returned as undeliverable, indicating that Thermitus was not longer at the facility. *See* Doc. #15.

1 **IT IS THEREFORE RECOMMENDED** that Evens Thermitus' Petition for Writ of
2 Habeas Corpus be **DISMISSED AS MOOT** (Doc. #1).

3 This recommendation is not an order that is immediately appealable to the Ninth
4 Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
5 Appellate Procedure, should not be filed until entry of the district court's judgment. The
6 parties shall have ten days from the date of service of a copy of this recommendation
7 within which to file specific written objections with the Court. *See,* 28 U.S.C. § 636(b)(1);
8 Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days
9 within which to file a response to the objections. Failure timely to file objections to the
10 Magistrate Judge's Report and Recommendation may result in the acceptance of the Report
11 and Recommendation by the district court without further review. *See United States v.*
12 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any
13 factual determinations of the Magistrate Judge will be considered a waiver of a party's
14 right to appellate review of the findings of fact in an order or judgment entered pursuant
15 to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

16 DATED this 30th day of May, 2006.



David K. Duncan
United States Magistrate Judge